

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Tina Marie Cantrell, a/k/a Tina Marie Brant, a/k/a Tina Marie Hoke, Appellant

No. 06-13-00086-CR     v.

The State of Texas, Appellee

Appeal from the 355th District Court of Hood County, Texas (Tr. Ct. No. CR12269). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Tina Marie Cantrell, a/k/a Tina Marie Brant, a/k/a Tina Marie Hoke, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 10, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk